STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456



Order Filed on August 26, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN DIVISION)

| In Re: | Chapter 13 |
|---|---|
| Kristen L. Welker<br>aka Kristen L. Hansen<br>aka Kristen Lee Welker<br>aka Kristen Lee Hansen<br><br>Debtor(s) | Case Number: 25-14446-ABA<br><br>Hearing: **August 26, 2025 at 10:00 a.m.**<br><br>Judge: Andrew B. Altenburg, Jr. |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 26, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Kristen L. Welker aka Kristen L. Hansen, aka Kristen Lee Welker, aka Kristen Lee Hansen
Case Number: 25-14446-ABA

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Motion of Nationstar Mortgage LLC through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code section § 362(d) and the co-debtor stay pursuant to §1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is:

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following

☒   Real Property more fully described as:

305 Nottingham Rd, West Deptford, NJ 08096 -- the "Property".

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

☐   Personal Property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable nonbankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14446-ABA |
| Kristen L. Welker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 27, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristen L. Welker, 305 Nottingham Road, West Deptford, NJ 08096-3155 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rex J. Roldan | on behalf of Debtor Kristen L. Welker roldanlaw@comcast.net roldanlaw1@gmail.com |
| Steven Eisenberg | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 27, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor NATIONSTAR MORTGAGE LLC skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7