STEVEN KELLY, ESQ.
STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN DIVISION)

| In Re:<br><br>Kristen L. Welker<br>aka Kristen L. Hansen<br>aka Kristen Lee Welker<br>aka Kristen Lee Hansen<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 25-14446-ABA<br><br>Hearing: **August 26, 2025 at 10:00 a.m.**<br><br>Judge: Andrew B. Altenburg, Jr. |
|---|---|

## CERTIFICATE OF SERVICE

1.      I, Steven Kelly, ESQ., am the attorney representing the Movant in the within Motion for Relief from Automatic Stay under §362(a) and the co-debtor stay pursuant to §1301 of Nationstar Mortgage LLC.

2.      On September 2, 2025, I caused the following documents: *Order Granting Motion for Relief from Stay and this Certificate* to be sent to the following parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below in the manner indicated.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Respectfully Submitted:

By:     */s/ Steven Kelly, ESQ.*
Steven Kelly, ESQ.
Stern & Eisenberg, PC
Counsel for Movant

Date:  September 2, 2025

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Rex J. Roldan<br>Law Offices of Rex J. Roldan, PC<br>900 Route 168<br>Washington Professional Campus<br>Suite I-4<br>Turnersville, NJ 08012 | Debtor Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Kristen L. Welker<br>aka Kristen L. Hansen<br>aka Kristen Lee Welker<br>aka Kristen Lee Hansen<br>305 Nottingham Road<br>West Deptford, NJ 08096 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Christopher E. Welker<br>305 Nottingham Rd<br>West Deptford, NJ 08096 | Non-Filing Co-Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |