Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−14446−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kristen L. Welker
   aka Kristen L. Hansen, aka Kristen Lee Welker, aka Kristen Lee Hansen
   305 Nottingham Road
   West Deptford, NJ 08096

Social Security No.:
   xxx−xx−0792

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/24/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 24, 2025
JAN: har

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14446-ABA |
| Kristen L. Welker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2025 | Form ID: 148 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen L. Welker, 305 Nottingham Road, West Deptford, NJ 08096-3155 |
| cr | + | NATIONSTAR MORTGAGE LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520635946 | + | Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520635948 | + | BFG Federal Credit Union, 445 South Main Street, Akron, OH 44311-1068 |
| 520636396 | + | Christopher E. Welker, 305 Nottingham Road, West Deptford, NJ 08096-3155 |
| 520635952 | + | E-ZPass Violation Processing Ctr, PO Box 4971, Trenton, NJ 08650-4971 |
| 520635955 | + | High Focus Centers, 53 Haddonfield Road, Suite 330, Cherry Hill, NJ 08002-4802 |
| 520635957 | + | Linebarger Goggan Blair & Sampson, LLP, 6 Harris Street, Newburyport, MA 01950-2603 |
| 520635959 | + | MassDOT, 10 Park Plaza, Suite 4160, Boston, MA 02116-3979 |
| 520635965 | + | Summit Collection Services NJ, LLC, PO Box 306, Ho Ho Kus, NJ 07423-0306 |
| 520635971 | + | West Deptford Township, 400 Crown Point Road, West Deptford, NJ 08086-2146 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 24 2025 20:41:25 | Steven K Eisenberg, Stern & Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2025 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2025 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520635947 | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 01:08:40 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520635949 | | EDI: JPMORGANCHASE | Sep 25 2025 00:35:00 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 520635950 | | EDI: WFNNB.COM | Sep 25 2025 00:35:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 520635951 | ^ | MEBN | Sep 24 2025 20:41:54 | Commonwealth of Massachusetts, EXDriveMA Payment Processing Center, PO Box 847840, Boston, MA 02284-7840 |
| 520635954 | | Email/Text: EBNBKNOT@ford.com | Sep 24 2025 20:49:00 | Ford Motor Credit Company, LLC, PO Box 62180, Colorado Springs, CO 80962-4400 |
| 520635953 | ^ | MEBN | Sep 24 2025 20:44:43 | FinWise, c/o Liberty Lending, 11 Broadway, Suite 1732, New York, NY 10004-1312 |
| 520643980 | + | EDI: AISACG.COM | Sep 25 2025 00:35:00 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: 148 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 520683119 | + | EDI: AISACG.COM | Sep 25 2025 00:35:00 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520708356 | | EDI: JEFFERSONCAP.COM | Sep 25 2025 00:35:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 520635956 | | EDI: CAPITALONE.COM | Sep 25 2025 00:35:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520643039 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 20:59:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520635958 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 20:58:44 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 520635960 | ^ | MEBN | Sep 24 2025 20:42:03 | MTA Bridges and Tunnels, Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 520722529 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 24 2025 20:48:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 752619741 |
| 520697083 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 24 2025 20:47:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520653493 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 24 2025 20:48:00 | Nationstar Mortgage LLC, c/o Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520635961 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 24 2025 20:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 520635962 | + | Email/Text: bankruptcy@pseg.com | Sep 24 2025 20:47:00 | PSE&G, ATTN: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |
| 520635963 | ^ | MEBN | Sep 24 2025 20:44:22 | Reach Financial LLC, 180 Maiden Lane, Floor 28, New York, NY 10038-4946 |
| 520635964 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 20:47:29 | Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 520723476 | + | EDI: AIS.COM | Sep 25 2025 00:35:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520635966 | | EDI: SYNC | Sep 25 2025 00:35:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 71783, Philadelphia, PA 19176-1783 |
| 520635967 | | EDI: TDBANKNORTH.COM | Sep 25 2025 00:35:00 | TD Bank, NA, PO Box 84037, Columbus, GA 31908-4037 |
| 520640631 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 24 2025 20:46:26 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520635968 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 24 2025 20:46:26 | US Dept of Housing & Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520635969 | + | EDI: VERIZONCOMB.COM | Sep 25 2025 00:35:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 520635970 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 24 2025 20:59:32 | Wells Fargo Card Service, Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: 148 | Total Noticed: 41 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rex J. Roldan | on behalf of Debtor Kristen L. Welker roldanlaw@comcast.net  roldanlaw1@gmail.com |
| Steven Eisenberg | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkecf@sterneisenberg.com jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor NATIONSTAR MORTGAGE LLC skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7