Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25–14446–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kristen L. Welker
aka Kristen L. Hansen, aka Kristen Lee
Welker, aka Kristen Lee Hansen
305 Nottingham Road
West Deptford, NJ 08096

Social Security No.:
   xxx–xx–0792

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 13, 2026</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                               Judge, United States Bankruptcy Court